| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _George W Capps_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ): GEORGE W CAPPS    C. Date of Delivery: 5-31-05<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br><br>George W. Capps for<br>B.W. Capps & Sons, Inc.<br>5194 U.S. Highway 80 West<br>Opelika, AL 36804-1883<br><br>3:05cv472-M S+C | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)   7004 1160 0006 3514 8200 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1 | |