IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM EARL WINDHAM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV472-M |
| | ) | |
| B. W. CAPPS & SONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

July 15, 2005
DATE

[signature]
SIGNATURE

William J. and Gwendolyn Joyce Windham
COUNSEL FOR (print name of all parties)

1110 Broad Street, Phenix City, AL 36867
ADDRESS, CITY, STATE, ZIP CODE

(334) 298-7062
TELEPHONE NUMBER

*** DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***

3