IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. WINDHAM and<br>GWENDOLYN JOYCE WINDHAM<br><br>　　Plaintiffs,<br><br>v.<br><br>B.W. CAPPS & SONS, INC.<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　CASE NO. 3:05 CV-472-M<br>)<br>)<br>)<br>) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

This 18th day of July, 2005.

_____
JAMES R. McKOON, JR. (MCK020)
Attorney for Defendant
P.O. Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300