IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WINDHAM, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>B. W. CAPPS & SONS, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:05CV472-M |

## O R D E R ON MOTION

Upon consideration of the Joint Motion to Conduct Scheduling Conference by Telephone (Doc. #10), filed on 27 July 2005, and for good cause shown, it is

ORDERED that the motion is GRANTED. Counsel for the defendant will be responsible for setting up the scheduling conference by conference call on 1 August 2005 at 11:00 a.m.

The Clerk is advised that this conference will be recorded in Courtroom 5A.

DONE this 29th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE