# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. <u>VANZETTA MCPHERSON,</u> MAG JUDGE    AT <u>   MONTGOMERY,   </u> ALABAMA

DATE COMMENCED <u>  AUGUST 1, 2005  </u>    AT <u>    11:15    </u> A.M./P.M.

DATE COMPLETED <u>  AUGUST 1, 2005  </u>    AT <u>    11:25    </u> A.M./P.M.

```
WILLIAM EARL WINDHAM, et al            )
                                       )
         Plaintiffs                    )
    v                                  )    CA No. 3:05cv472-M
                                       )
B. W. CAPPS & SONS, INC.               )
                                       )
         Defendant                     )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Attys David Rayfield | X | Atty James McKoon |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

Bernodine Green,                                Sheila Carnes,
 Judicial Assistant                              Courtroom Clerk

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SCHEDULING CONFERENCE


11:15 a.m.    Scheduling conference commenced by telephone.
              Tentative trial date: June 12, 2006 (subject to confirmation
              by the Court). Diversity case involving permanent physical
              injury; settlement is questionable. Order to issue
              directing  the plaintiff to file a notice within 30 days
              of costs and expenses for all damages incurred (itemized in
              specific categories). This case involves extensive factual
              disputes and therefore is not a summary judgment case.
11:25 a.m.    Conference concluded.