IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 FEB 17  9:50

| | |
|---|---|
| WILLIAM J. WINDHAM and GWENDOLYN JOYCE WINDHAM, ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) ) | CASE NO. 3:05 CV-472-M |
| B. W. CAPPS & SONS, INC., ) ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

COMES NOW, JAMES A. BALLI, and enters his appearance as lead counsel for the Plaintiffs in the above-captioned action.

This 15 day of February, 2006.

                                     SAMS, LARKIN & HUFF, LLP

                                     By: _____
                                            James A. Balli
                                            Attorney for Plaintiffs
                                            Ala. Bar No. BAL036

376 Powder Springs Street
Suite 100
Marietta, GA 30064
(770) 422-7016

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. WINDHAM and<br>GWENDOLYN JOYCE WINDHAM,<br><br>    Plaintiffs,<br><br>v.<br><br>B. W. CAPPS & SONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 3:05 CV-472-M<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing "Entry of Appearance" by depositing a copy of same in the United States Mail bearing adequate postage and addressed as follows:

James R. McKoon, Jr., Esq.
Attorney for Defendant
P. O. Box 3220
Phenix City, AL 36868-3220

N. Kirkland Pope
David C. Rayfield
P. O. Box 191625
Atlanta, GA 31119-1625

This 15 day of February, 2006.

SAMS, LARKIN & HUFF, LLP

By: _____
James A. Balli
Attorney for Plaintiffs
Ala. Bar No. BAL036

376 Powder Springs St., Suite 100
Marietta, GA 30064
(770) 422-7016