**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

March 8, 2006

# NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

| | |
|---|---|
| **To:** | All Counsel of Record |
| **From:** | Clerk's Office |
| **Case Style:** | **William Earl Windham, et al. v. B. W. Capps & Sons, Inc.** |
| **Case Number:** | **#3:05-cv-00472-VPM** |
| **Referenced Pleading:** | **Document #17**<br>**Joint Motion for Extension of Time to Complete Discovery**<br>**(entitled "Joint Motion to Amend Scheduling Order")** |

**The referenced pleading filed on 3/7/2006 was filed using an incorrect event code.**

**The above referenced pleading filed by electronic means on 3/7/2006 does not contain your electronic signature as required by Civil Administrative Procedure II-C. Also, the pleading is signed with permission which is not acceptable in our court.**

**Therefore, Document #17 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**