**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 8, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **To:** | **All Counsel of Record** |
| **From:** | **Clerk's Office** |
| **Case Style:** | **William Earl Windham, et al. v. B. W. Capps & Sons, Inc.** |
| **Case Number:** | **#3:05-cv-00472-VPM** |
| **Referenced Document:** | **Document #18**<br>**Notice Concerning Settlement Conference and Mediation** |

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper signature as required by the Civil Administrative Procedures II-C, was signed with permission, and did not contain a certificate of service. The corrected pdf is attached to this notice.**