IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J WINDHAM and ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv472-VPM |
| ) | [WO] |
| B. W. CAPPS & SONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Upon consideration of the Joint Motion to Amend Scheduling Order, filed on 8 March 2006 (Doc. # 19), and for good cause, it is

ORDERED that the motion is DENIED in part and GRANTED in part.  This civil lawsuit was filed eight months ago, and the Scheduling Order setting pretrial deadlines and commencing discovery in this case was entered on entered six month ago on 3 August 2006 (Doc. # 13).  Pursuant to the Scheduling Order, the deadline for dispositive motions expired on 27 January 2006, and the deadline for discovery is 24 April 2006.  The reason advanced by the parties for the request that all deadlines be extended does not explain why the parties need an additional 120 days, inasmuch as their time for dispositive motions expired more than 40 days ago.  Accordingly, the court declines to reset any deadline except the deadline for discovery.  It is therefore further

ORDERED that the discovery cut-off is hereby RESET for 8 May 2006.  That deadline still allows approximately 60 days for remaining discovery.  All of the other

deadlines set in the existing Scheduling Order shall remain in full force and effect.

    DONE this 9th day of March, 2006.

                                                  /s/ Vanzetta Penn McPherson
                                                  VANZETTA PENN MCPHERSON
                                                  UNITED STATES MAGISTRATE JUDGE