IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WINDHAM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv472-VPM |
| | ) |
| B. W. CAPPS & SONS, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Based upon an oral request by counsel for the plaintiff, and the representations that all parties are in agreement, and for good cause, it is

ORDERED that the pretrial conference set for 28 April 2006 at 10:00 a.m. shall be held by telephone. The counsel for the plaintiff shall arrange the telephone pretrial conference.

DONE this 27th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE