IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. WINDHAM and <br> GWENDOLYN JOYCE WINDHAM, <br><br> Plaintiffs, <br><br> v. <br><br> B. W. CAPPS & SONS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    CASE NO. 3:05 CV-472-M <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' IDENTIFICATION OF
DEPOSITIONS TO BE USED AT TRIAL**

COME NOW, Plaintiffs herein and identify the following depositions that shall be utilized at trial in lieu of live testimony and for any required rebuttal:

1. Deposition of Dr. Thomas Bernard, M.D. taken on April 26, 2006 to be utilized as expert witness testimony regarding Plaintiff William Windham's injuries.

2. Deposition of Mr. Randy Lynn taken on April 25, 2006 to be utilized for factual evidence.

3. Any other deposition testimony needed to impeach any witnesses providing live testimony at trial.

This 22nd day of May, 2006.

                                              SAMS, LARKIN & HUFF, LLP

                                       /S/ JAMES BALLI
                            By: _____
                                  James A. Balli
                                  Attorney for Plaintiffs
376 Powder Springs Street        Ala. Bar No. BAL036
Suite 100
Marietta, GA 30064
(770) 422-7016

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing PLAINTIFF'S IDENTIFICATION OF DEPOSITION TESTIMONY upon all parties by electronic noticing procedures set forth by this Court as set forth below:

Mr. James R. Mckoon, Jr.
Attorney for Defendant
P.O. Box 3220
Phenix City, Alabama 36868
jrmckoon@aol.com

Mr. N. Kirkland Pope
Mr. David Rayfield
Co-attorneys for Plaintiff
kirk@popeandrayfield.com
david@popeandrayfield.com

This 22nd day of May, 2006.

                                       SAMS, LARKIN & HUFF, LLP

                                       /S/  JAMES BALLI
                           By: _____
                                 James A. Balli
                                 Attorney for Plaintiffs

376 Powder Springs Street         Ala. Bar No. BAL036
Suite 100
Marietta, GA 30064
(770) 422-7016