# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA

DEBRA P. HACKETT                                                                                            TELEPHONE:
CLERK                                                                                                             (33) 954-3600


DATE:   May 31, 2006


TO:    ALL COUNSEL OF RECORD:


You are hereby notified that the jury list and juror profiles for the term of court beginning on June 5, 2006 before Magistrate Judge Vanzetta Penn McPherson will be available at 3:30 P.M. on June 2, 2006 in the Jury Assembly Room, Jury Administrator's Office (Room B-108), First Floor, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.  The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.  Counsel may carry the profiles to their offices but no copies of the profiles shall be made or retained by counsel.  Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

If the jury list and profiles are not picked up on June 2, 2006, they will be available at 8:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.

NOTICE - ALL COUNSEL OF RECORD
Civil Term Commencing June 5, 2006 before Magistrate Judge Vanzetta Penn McPherson
Page 2


CA No.  3:05cv472-VPM
Windham, et al v. B.W. Capps & Sons, Inc.

_____          _____
David Cowan Rayfield                                              James Robert McKoon, Jr.
Neal Kirkland Pope


_____
_____
James A. Balli