FILED

JUN -6 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

If Mr. Windham was negligent in any way, must we find in favor of the defendant?

6/6/2006