IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JUN - 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| WILLIAM J. WINDHAM and<br>GWENDOLYN JOYCE WINDHAM,<br><br>Plaintiffs,<br><br>v.<br><br>B.W. CAPPS & SONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:05cv472-VPM |

## VERDICT FORM

We, the Jury, find for the defendant B. W. Capps & Sons, and against the plaintiffs, William J. Windham. and Gwendolyn Joyce Windham.

_6/6/2006_
DATE

_[signature]_
FOREPERSON