# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION

HON. VANZETTA PENN MCPHERSON  AT

DATE COMMENCED: 6/5/06  AT

DATE COMPLETED: 6/6/06  AT

William Earl Windham
Gwendolyn Joyce Windham

VS.  CIVIL CASE NO. 3:05cv472-VPM

B.W. Capps & Sons, Inc.

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| James A. Balli | | James Robert McKoon, Jr. |

---

## COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: Wanda A. Robinson
COURT REPORTER: Mitchell Reisner

---

### JURORS:

1. Sharon Gail Robinson
2. Christy Smith Moore
3. Sharon Loretta Tartaglia
4. John Charles Wild
5. Dawn Nichol Bordeaux
6. Colleen Frances Murphy
7. Meredith Joy Sheppard
8. Vera Robinson Sanders
9. Claudette W. Tennant
10. Judy Nix Boone
11. Linda C. Marbury
12. Juliet Taylor Rumble

I HEREBY CERTIFY THAT THE ABOVE-NAMED JURORS SERVED IN THIS CASE ON 6/5/06 + 6/6/06

*[signature]*
COURTROOM DEPUTY

## COURTROOM PROCEEDINGS:

10:00 Court Convened 6/5/06
      Voir Dire Commenced; Jury Selection; Jury Sworn

10:45 Jury Selection Concluded
      Court Give Instructions to the Jury

11:00 Opening Statement - Plaintiff

11:15 Court Recess 10 Minutes due to Juror's Illness

11:25 Plaintiff Invokes the Rule; Witnesses excused to the Witness Room until testimony

11:30 Defendant's Opening Statement

11:50 Recess for Lunch until 1:00 p.m.

1:00 Plaintiff's Exhibits 1 - 18 with the exclusion of #6 admitted; Plaintiff's exhibit #6 and Defendant's #12 are the same; Defendant's Exhibits 1-13 admitted
      Witness Larry Barnett testifies
      Defendant Cross Examines Witness Larry Barnett
      Witness Excused

1:40 Exhibit #17 Deposition of William Michael Burnham read into the record by Attorney Balli
      responses by Joshua McKoon.

1:55 Exhibit #18 Christopher Joey McNair's testimony read into evidence; responses by J. McKoon

2:10 Witness James Norris testifies
      Defendant cross-examines witness
      Witness excused

2:20 Witness Randy Lynn Witness testifies
      Defendant Cross-examines
      Plaintiff Re-Directs witness
      Witness excused

2:30 Witness George Wesley Capps
      Defendant Cross-examines witness
      Plaintiff Re-Directs

2:40 Court in Recess until 2:55

3:05 Witness Roy Hatton Witness testifies
      Defendant Cross-examines

Cont. Pg 2
3:05cv472-VPM

    Plaintiff Re-Directs
    Witness excused

3:15 Plaintiff William Windham testifies

3:20 Issue discussed outside Jury's Presence Regarding testimony of Mr. Windham's background ; Court will allow testimony as to where he graduated from college served from Viet Nam, but no other background testimony unless plaintiff's credibility attacked

3:25 Jury Returned; Mr. Windham continues testimony
    Defendant Cross-examines
    Plaintiff Re-Directs
    Defense again questions Mr. Windham
    Witness Excused

4:50 Dr. Thomas Bernard's testimony read into the record, Exhibit #16; Responses read by Gwendolyn Windham

5:25 Court recessed until 9:00 a.m. on 5/6/06

---

9:00 Court reconvened on 6/6/06
    Court reviews stipulations by both plaintiff and defendant outside jury presence; Stipulations accepted; Plaintiff may read into the record his stipulation after the completion of Plaintiffs' evidence; defendant may read his stipulations after the completion of defendant's evidence

9:05 Witness Gwendolyn Windham testifies
    Defendant Cross-examines
    Witness excused

9:25 Court explains to the jury stipulations, which will be presented as evidence

9:30 Plaintiff reads 2 stipulation facts into the record
    Plaintiff rests

9:30 Defense does not have any witnesses
    Jury Excused; Before defense evidence is presented, Defense makes ORAL MOTION for Directed Verdict; Plaintiff's makes ORAL RESPONSE TO MOTION

Cont. Pg. 3
3:05cv472-VPM

9:35 Court's Requests further argument as to claims
    Plaintiff responds
    Defendant replies to plaintiff responds
    Plaintiff further responds

9:45 Court recess for review of transcript

10:15 Court Reconvenes; Mitchell reads portions of the transcript

10:17 Court rules on Motion-GRANT in PART; DENIED in PART
    Denied as to claims 1 and 3; Granted as to claim 2; The case will go to the jury on claims 1 and 3

10:25 Plaintiffs' objection to ORDER on MOTION on the record
    Defense counsel wishes the motion to be treated as if filed both at the end of plaintiff's evidence and the conclusion of all evidence

    Court will treat motion for directed verdict as filed at conclusion of plaintiff's evidence and at the conclusion of all evidence; with will remaining the same

10:25 Jury Re-enters
10:25 Defense reads into the record his stipulation
    Defense rests

10:26 Jury excused- RE: Conference with counsel

    Court provides verdict forms to counsel;
    Plaintiff's argues in favor of verdict form #29 which will separates medical award from pain and suffering award and lumps together award for plaintiffs

    Defense has no objection

10:45 Court in recess - Re-draft of verdict form and Jury Charges

11:05 Court Reconvened
    No Objections to Instructions to the Jury
    No Objections to Verdict Forms

11:06 Defendant objects to plaintiff's Instruction #5
    Court replied #5 Not Included in Instructions
    Objection to #18 of Plaintiff's Instructions; Objection Withdrawn
    Objection to #20 of Plaintiff's Instructions Regarding Loss of future earning - OVERRULED
    Plaintiff has no objections to Defenses Instructions

Cont. Pg 4
3:05cv472-VPM

11:15 Jury Re-enters

11:16 Plaintiff Begins closing arguments (5 minutes)

11:22 Defendant Gives closing arguments (30 Minutes)

11:50 Plaintiffs' Rebuttal (25 Minutes)

12:15 Court gives jury option of continuing the proceedings or lunch; Jurors chose to take lunch
    Court recessed for lunch; Court to Reconvene at 1:30 p.m.

1:30 Court Reconvened; Jury charged

2:05 Jury Begins Deliberations

3:00 Question from the Jury
    Court informs counsel of question and suggests she read portions of jury instructions that relate to said questions; Counsel agrees

3:05 Jury Re-enters Courtroom;
    Court re-read a portion of the Jury Instructions;
    Jury released for further deliberations

3:16 Court Reconvened
    Jury Re-enters
    VERDICT RENDERED in favor of defendant; Jurors not polled

3:20 COURT IN RECESS