AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

WILLIAM EARL WINDHAM
GWENDOLYN JOYCE WINDHAM
V.
B.W. CAPPS & SONS, INC.

**PLAINTIFF'S EXHIBIT LIST**

Case Number: 3:05cv472-VPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| VANZETTA PENN MCPHERSON | James A. Balli | James Robert McKoon, Jr. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/5/06 | Mitchell Reisner | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | x | Photograph of Scene |
| 2 | | | | x | Photograph of Scene |
| 3 | | | | x | Photograph of Scene |
| 4 | | | | x | Photograph of Scene |
| 5 | | | | x | Photograph of Scene |
| 6 | | | | | EXHIBIT EXCLUDED (SAME AS DEFENDANT'S EXHIBIT #12) |
| 7 | | | | x | Photograph of Scene |
| 8 | | | | x | Photograph of Scene |
| 9 | | | | x | Photograph of Scene |
| 10 | | | | x | Photograph of Scene |
| 11 | | | | x | Photograph of Scene |
| 12 | | | | x | Photograph of Additional Location |
| 13 | | | | x | Photograph of Additional Location |
| 14 | | | | x | Photograph of Additional Location |
| 15 | | | | x | Medical Records and Bills |
| 16 | | | | x | Dr. Thomas Bernard Deposition |
| 17 | | | | x | Mr. William Michael Burham Deposition |
| 18 | | | | x | Mr. Christopher Joey McNair Deposition |
| | | | | | EXHIBIT IN SEPARATE BINDER WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages