IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JUN -5 2006
CLERK
U.S. DISTRICT COURT

WILLIAM J. WINDHAM and )
GWENDOLYN JOYCE WINDHAM )
)
   Plaintiffs, )
)
v. )   CASE NO. 3:05 CV-472-M
)
B.W. CAPPS & SONS, INC. )
)
   Defendant. )

## DEFENDANT'S EXHIBIT LIST

1. ED Assessment.
2. Emergency Physician Record.
3. Emergency Outpatient Record.
4. H & P – Dr. Bernard.
5. Consult Report – Dr. Miller.
6. Photograph of height of gate.
7. Photograph of height of gate.
8. Photograph of width of gate.
9. Photograph of width of gate.
10. Photograph of gates stacked.
11. Photographs of gates stacked.
12. Photograph of gate – L. Barnett.
13. Photograph of gate on ground.

/s/ James R. McKoon, Jr.
JAMES R. McKOON, JR. (MCK020)
Attorney for Defendant
P. O. Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300