IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

William Earl Windham  
Gwendolyn Joyce Windham         *

                                           *        3:05cv472-VPM

VS.                                     *

                                           *

B.W. Capps & Sons, Inc.                *

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Larry Barnett | 1. |
| 2. Dudley Barnett | 2. |
| 3. William Michael Burnham (deposition) | 3. |
| 4. Christopher Joey McNair (deposition) | 4. |
| 5. James Norris | 5. |
| 6. Randy Lynn | 6. |
| 7. George Wesley Capps | 7. |
| 8. Roy Hatton | 8. |
| 9. William Windham | 9. |
| 10. Dr. Thomas Bernard (deposition) | 10. |
| 11. Gwendolyn Joyce Windham | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |