IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. WINDHAM and GWENDOLYN JOYCE WINDHAM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv472-VPM ) |
| B.W. CAPPS & SONS, INC., | ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

On the 6th day of June 2006, after this cause had been submitted to a jury, a verdict was returned as follows:

> We, the Jury, find for the defendant B.W. Capps & Sons, and against the plaintiffs, William J. Windham and Gwendolyn Joyce Windham.

| 6/6/2006 | /s/ Claudette W. Tennant |
|---|---|
| DATE | FOREPERSON |

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of the defendant, B.W. CAPPS & SONS, INC., and against the plaintiffs, WILLIAM J. WINDHAM and GWENDOLYN JOYCE WINDHAM. It is further

ORDERED that, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, the costs are taxed against the plaintiff for which execution may issue.

DONE this 13th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE